UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE WILLIAMS, Inmate #21114692,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRANT, Lieutenant #2880, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-241-TWR (DDL)<br><br>**ORDER DISMISSING ACTION FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |

Plaintiff Tommy Lee Williams, who is proceeding pro se, filed a civil rights Complaint (ECF No. 1, "Compl.") pursuant to 42 U.S.C. § 1983 and a Motion to Proceed *in Forma Pauperis* ("IFP") (ECF No. 2) pursuant to 28 U.S.C. § 1915(a) on February 6, 2023. Plaintiff alleged Defendants violated his Eighth and Fourteenth Amendment rights. (*See generally* Compl.) On May 9, 2023, the Court granted Plaintiff's IFP Motion but dismissed the Complaint for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1). (*See* ECF No. 5.) The Court gave Plaintiff forty-five (45) days to file an amended complaint. (*Id*. at 20–21.)

Plaintiff's Amended Complaint was due on or before June 23, 2023. (*Id.*) To date, Plaintiff has not filed an amended complaint and has not requested an extension of time in which to do so. (*See generally* Docket.) "The failure of the plaintiff eventually to respond

to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004).

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this civil action in its entirety based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and his failure to prosecute as required by the Court's May 9, 2023 Order. (*See* ECF No. 5 at 20–21.)

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: August 30, 2023

_____
Honorable Todd W. Robinson
United States District Judge